IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED BY _____ D.C.

JAN 0 7 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Barbara E. Will
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Doris C Will Jr.
George C. Will Jr.
Helen Carey

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

20-CV-60033-SINGHAL/VALLE

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

1/8/20

Doris, George & ~~George~~ Abused my brother & I
at 7 & 8 yrs old Starved & raped us to death.
They also had the whole town of Havertown,
Pa. & Brigantine, N.J. rape us every night
in a coma state. Eddy my brother was
not in a coma state. They (Doris & George)
beat us w/ electric cords almost everyday.
They sold my face over 5 times growing
up. They kept stealing my brain matter.
Use to study over 1 hour a day for
School & Crazey Doris use to steal it &
sell it on internet George & Doris also
stole it to. Eddy and I were & are abused
on internet everyday. My grandchildern abused
& childern abused so badly Kevin is bed
redden and George - Doris - Helen stabbing
the shit out of all of them. My grand
daughter is made to be a 5 year old
prostitute for the town day & night. My
sons Kevin & Richy abused so badly ment-
ally & Physically there whole lives.
came with my grandchildern. My grand
childern & childern telling me what a
freak George Calhoun Weil Jr. is
and how he has them all souck
his dick — →

and back his chin & take up a large chair walk & video tape it there whole lives. George has been convicted of 237 times life sentences in the courts and has had numerous ankle braces on his ankles. He is a freak and a baby child molester and rapes anything and everyone. My brothers family he has raped repeatedly since they were born worst kind of violent crazy child molester & rapest he can be. Put pencils up our vaginas, cotten balls anything crazy. can stick up all of our asses & vaginas he is so vile and crazy he has been in mental ward over 300 times. Same as Doris and Helen over 300 times in mental wards. These crazys have to be stopped & need to have my grandson Bobby 17 yrs old & my Kevin 23 yrs old back w/ me. There was already cases against these crazy assurhol es. In P.S.L. Main Court House Federal court house. I need custody of all of them immediately and I need our names changed to they are so crazy

③

and we are all terrorized everyday physically & mentally by these lower than scum, leaching, wacka-noodle crazys. these crazyer than shit ass-wholes are a danger to all of us everyday & so is Bill Obdyke Sr. & Thea Patrish they are stalking me all day & all night they show up at every restaurant & every place I go. Bill Obdyke Sr. crushed all of there necks twice & crushed my back to these crazys have to be stopped. Need restaing orders for all of us! Need costody papers to. Bill Obdyke Sr. & George Will go around saying that I am both there wife thats how insane these asswholes are. So they can continue to rape us all. They destroy everything I own my wheelchair is only 2½ month and was brand new/destroyed it. Stole over $2000. worth of cell phones stolen almost everything I ever

④

had jewellry & furniture lots of $1
stolen from us & land & cash
and clothes. Stolen bank accounts.
my whole life. Stole Car & Houses
and Duplex and 4.7 million $ 10.7
million. put me in a coma for 7
years and was selling my body parts
on internet. Doris has been stealing
And selling all of our body parts
on the internet & aucting our body
parts to highest bidder. who the fuck
this uglyer than shit asswhole think
she is. My houses worth $750,000 PSL.
to $230,000. Ft Pierce. George also.
sleeps w/ Johnson & Al Beta Lipman
             Judge          Judge
                           Retired but
                           over turns
The hell these bastards—     all paper
cause all of us day          work.
& night is so bad & so frightening
its a total nightmare for all of
us. Will call courthouse daily
George Crazy (humps) all of us every-
day & expects to be blown daily is
                      demons in him &

⑤

So is Doris & Helen. They George, Doris & Helen are Murderers & Known convicted fellons. George stopped the bus & Kniffed Me 3 to 4 times within 5 month alway stinking all of us up. Scum shit Asswholes Putting his jit all over my Crosses desecrating the ford all the time & blaming me & being vile SOB. Scum and I always get photo shoped for everything these scum crazys do. they are appalling and I want them all arrested immediately. Doris Will & Bill Oolyke Sr. had my head beat in in Mizner Park by a boxer & I was tomahaucked and brought back into same situation. Cavalere boxer is crazy to Attorney in Boca refuse to take my case. I can go on for a very long time about Doris, George, Helen, Bill Oolyke Sr. & Thea dangerous crazys of Satan they can be and no one descent enough to stop crazys of the State of Florida. No Attorney Will

take the Cases they are to scared.
Delray Judge Johnson is sleeping w/
scum George and throwing the Cases.
Also Johnson gives Bill Obdyke full
Control of Delray Court House they
are all Crazy Shit Sticking together

Kevin can't even lift his head
up. They tore my brothers
Eddys tongue out the other
night they are off these
minds!

Will Call you in about
an hour.
My name is Barbara
Will. I have no phone
Crazys keep stealing them.
Help us please there
is so much more
Violance daily that
needs to stop. for
all of us.

$999, Trillian Dollar law suit
on these asswhole crazys.

Yhanks

they all descrace me on internet everyday. Photoshopping me day & night. Doing Frick (opposite) vidios on me. my brother Eddy Will is almost dead. need a law Suite on all monsters of Satan. Doris, George, and Helen Identity theft my bank account at Regions Bank gave them $4,000. to steal my bank account, constant problems w/ them to. I keep looking for a different bank w/ no headaches.

Thanks for your time in these matters.

Barbara Will